Judge Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS GUADALUPE SANCHEZ,<br><br>Defendant,<br><br>and<br><br>ANDREW PEART,<br><br>Third-Party Petitioner. | NO. CR16-027JLR<br><br>[~~Proposed~~]<br>**ORDER GRANTING GOVERNMENT'S MOTION TO CONDUCT DISCOVERY AND FOR ANCILLARY HEARING PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2 IN RESPONSE TO PETITIONER'S CLAIM [DOCUMENT 47]** |

THIS MATTER having come before the Court on the Motion of the United States requesting this Court's authorization to conduct discovery under Federal Criminal Rule 15 and the Federal Rules of Civil Procedure in Response to Petitioner's Claim [Document 47], and the Court having considered the motion and the files and records herein, it is hereby

//
//
//

1     ORDERED that, pursuant to Federal Rule of Criminal Procedure 32.2 and
2 21 U.S.C. § 853(m), the United States and the Petitioner may conduct discovery,
3 including the taking of the depositions of Third-Party Petitioner Andrew Peart
4 ("Petitioner") and witnesses pursuant to the Federal Rules of Civil Procedure.
5     IT IS FURTHER ORDERED that the parties will complete discovery by
6 15th May 2017 and an ancillary hearing regarding Petitioner's
7 petition will be set for 19 June 2017 at 10:30am.
8 DATED this 10th day of March, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

15 Presented by:

16 /s/ Matthew H. Thomas
17 MATTHEW H. THOMAS
18 Assistant United States Attorney
United States Attorney's Office
19 1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4383
20 Telephone: (253) 428-3800
21 Fax: (253) 428-3826