THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-27-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR SUBSTITUTION OF COUNSEL |
| JESUS SANCHEZ, | |
| Defendant. | |

THE COURT has considered the Motion to Withdraw as Counsel and for Appointment of Substitution of Counsel, the accompanying Ex Parte Declaration, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Mohammad Ali Hamoudi is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent the defendant from the CJA panel.

DONE this 20th day of December, 2021.

JAMER L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender

ORDER TO WITHDRAW AS COUNSEL AND FOR
SUBSTITUTION OF COUNSEL
(*United States v. Sanchez*; CR16-27-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100